John D. Kirby (CSB 149496)
THE LAW OFFICES OF JOHN KIRBY, A.P.C.
401 West A Street, Suite 1150
San Diego, CA 92101
Telephone: (619) 557-0100
Facsimile: (619) 557-0123

Khodadad D. Sharif, State Bar No. 187992
Matthew J. Faust, State Bar No. 254145
Yasaman Sharif, State Bar No. 298318
SHARIF | FAUST LAWYERS, LTD.
600 B Street, Suite 2490
San Diego, CA 92101
Telephone: (619) 233-6600
Facsimile: (619) 233-6602

Attorneys for Defendants Fusion Hotel Management LLC,
Fusion Hospitality Corporation, and Denny T. Bhakta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> FUSION HOTEL MANAGEMENT LLC, FUSION HOSPITALITY CORPORATION, AND DENNY T. BHAKTA, <br><br> Defendants | Case No.: 3:21-cv-02085-L-MSB <br><br> NOTICE OF APPEARANCE <br><br> Judge:  Hon. M. James Lorenz <br> Magistrate Judge:  Hon. Michael S. Berg |

///

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Fusion Hotel Management LLC, Fusion Hospitality Corporation, and Denny T. Bhakta ("Defendants"), will be represented by Khodadad D. Sharif of the law firm of Sharif | Faust Lawyers, Ltd. Please add the following to your proof of service in this matter:

Khodadad D. Sharif
SHARIF | FAUST LAWYERS, LTD.
600 B Street, Suite 2490
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602
sharif@shariffaust.com

SHARIF | FAUST LAWYERS, LTD.

Dated:    March 3, 2022            BY:        /s/ Khodadad D. Sharif
                                         Khodadad D. Sharif, Esq.
                                         Attorneys for Defendants
                                         Fusion Hotel Management LLC,
                                         Fusion Hospitality Corporation, and
                                         Denny T. Bhakta