John D. Kirby (CSB 149496)
THE LAW OFFICES OF JOHN KIRBY, A.P.C.
401 West A Street, Suite 1150
San Diego, CA 92101
Telephone:  (619) 557-0100
Facsimile:   (619) 557-0123

Khodadad D. Sharif, State Bar No. 187992
Matthew J. Faust, State Bar No. 254145
Yasaman Sharif, State Bar No. 298318
SHARIF | FAUST LAWYERS, LTD.
600 B Street, Suite 2490
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

Attorneys for Defendants Fusion Hotel Management LLC,
Fusion Hospitality Corporation, and Denny T. Bhakta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     vs.<br><br>FUSION HOTEL MANAGEMENT LLC, FUSION HOSPITALITY CORPORATION, AND DENNY T. BHAKTA,<br><br>           Defendants | Case No.: 3:21-cv-02085-L-MSB<br><br>CERTIFICATE OF SERVICE |

///

*SEC v. Fusion Hotel Management LLC, et al.*
Certificate of Service
1

I, Khodadad D. Sharif, the undersigned Attorney of record for Defendants Fusion Hotel Management LLC, Fusion Hospitality Corporation, and Denny T. Bhakta ("Defendants") in the above-captioned action, hereby declare as follows:

I am a citizen of the United States and a resident of San Diego County, California. I am over the age of 18 years and not a party to the above-captioned suit. My Office address is 600 B Street., Suite 2490, San Diego, CA 92101.

On March 3, 2022, I served the following documents:

1. NOTICE OF APPEARANCE

on interested parties in this action by causing the documents to be served on the filing users through the Court's Electronic Filing System, listed below:

John D. Kirby, Esq.
jkirby@johnkirbylaw.com

Daniel O. Blau, Esq.
blaud@sec.gov

Amy J. Longo
longoa@sec.gov

I declare under penalty of perjury that the foregoing is true and correct.

SHARIF | FAUST LAWYERS, LTD.

Dated: March 3, 2022     BY:     /s/ Khodadad D. Sharif
                                 Khodadad D. Sharif, Esq.
                                 Attorneys for Defendants
                                 Fusion Hotel Management LLC,
                                 Fusion Hospitality Corporation, and
                                 Denny T. Bhakta