DANIEL O. BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3306
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:21-cv-02085-L-MSB |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| vs. | |
| FUSION HOTEL MANAGEMENT LLC, FUSION HOSPITALITY CORPORATION, AND DENNY T. BHAKTA, | |
| Defendants. | |

1    **TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS**

2    **OF RECORD:**

3         **PLEASE TAKE NOTICE THAT** Amy J. Longo (State Bar No. 198304) is

4    no longer counsel of record for plaintiff Securities and Exchange Commission.

5    Accordingly, please remove Ms. Longo from the docket of this case. Please

6    continue to direct all future mailings to Daniel O. Blau and M. Lance Jasper, who

7    remain counsel of record for Plaintiff.

8         **PLEASE TAKE FURTHER NOTICE THAT** the foregoing request

9    includes not only all notices and papers, but includes, without limitations, orders

10   and notices of any pleading, complaint, hearing, application, motion, request, or

11   demand, whether formal or informal, written or oral, transmitted or conveyed by

12   mail, facsimile, or e-mail.

13

14    Dated:  March 25, 2022                    Respectfully submitted,

15

16                                              */s/ Daniel O. Blau*

17                                              Daniel O. Blau
                                                M. Lance Jasper
                                                Attorneys for Plaintiff
18                                              Securities and Exchange Commission

19

20

21

22

23

24

25

26

27

28

                                            1