AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:21-cv-02085-L-MSB |
| FUSION HOTEL MANAGEMENT LLC, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission.

Date: 3/30/2022

s/ M. Lance Jasper
*Attorney's signature*

M. Lance Jasper (Cal Bar No. 244516)
*Printed name and bar number*

U.S. Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
*Address*

jasperml@sec.gov
*E-mail address*

323-965-3398
*Telephone number*

213-443-1904
*FAX number*