# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>FUSION HOTEL MANAGEMENT LLC, et al.,<br>　　　　　　　　Defendants. | Case No.  3:21-cv-02085-L-MSB<br><br>**ORDER APPROVING STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT**<br><br>[ECF No. 18] |

Pursuant to Civil Local Rule 7.2(a), the parties' second stipulation for extension of time to respond to complaint (ECF no. 18) is approved.  No later than January 3, 2023, Defendants shall file their answer, if any, to the complaint.

**IT IS SO ORDERED.**

Dated:  November 29, 2022

_____
Hon. M. James Lorenz
United States District Judge