AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| SECURITIES AND EXCHANGE COMMISSION, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-02085-L-MSB |
| FUSION HOTEL MANAGEMENT LLC, ET AL. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission.

Date:    2/15/2023

s/ Gary Y. Leung
*Attorney's signature*

Gary Y. Leung | SBN 302928
*Printed name and bar number*

U.S. Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071

*Address*

leungg@sec.gov
*E-mail address*

323-965-3306
*Telephone number*

213-443-1904
*FAX number*