UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FUSION HOTEL MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No.:  21cv2085-L(MSB)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE [ECF NO. 25]** |

On April 10, 2023, the Honorable James M. Lorenz granted the Government's motion to intervene and stayed this action until May 22, 2023.  (See ECF No. 29 at 5.) Considering Judge Lorenz's Order and after consulting with counsel, the Court **VACATES** the Settlement Conference and Case Management Conference previously scheduled for April 24, 2023, at 1:30 p.m.  (ECF No. 25.)  The parties are **ORDERED** to place a joint call

/ / /

/ / /

/ / /

to chambers **within five court days of the stay being lifted** to reschedule the conferences.

     **IT IS SO ORDERED**.

Dated:  April 18, 2023

Honorable Michael S. Berg
United States Magistrate Judge