Khodadad D. Sharif, State Bar No. 187992
Matthew J. Faust, State Bar No. 254145
Yasaman Sharif, State Bar No. 298318
SHARIF | FAUST LAWYERS, LTD.
600 B Street, Suite 2490
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

Attorneys for Defendants Fusion Hotel Management LLC,
Fusion Hospitality Corporation, and Denny T. Bhakta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FUSION HOTEL MANAGEMENT LLC, FUSION HOSPITALITY CORPORATION, AND DENNY T. BHAKTA,<br><br>Defendants | Case No.: 3:21-cv-02085-L-VET<br><br>NOTICE OF DISASSOCIATION OF COUNSEL<br><br>Judge:                    Hon. M. James Lorenz<br>Magistrate Judge:   Hon. Valerie E. Torres |
|---|---|

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that effective immediately, attorneys MATTHEW J. FAUST, KHODADAD D. SHARIF, and YASAMAN SHARIF, of Sharif|Faust Lawyers, Ltd., hereby disassociate as counsel of record for Defendants Fusion Hotel Management

LLC, Fusion Hospitality Corporation, and Denny T. Bhakta ("Defendants"). Please remove our firm from your service list.

Defendants continue to be represented in this action by:

John D. Kirby (CSB 149496)
THE LAW OFFICES OF JOHN KIRBY, A.P.C.
401 West A Street, Suite 1150
San Diego, CA 92101
Telephone: (619) 557-0100
Facsimile: (619) 557-0123
jkirby@johnkirbylaw.com

Please direct all further correspondents in this matter to counsel as indicated above.

SHARIF | FAUST LAWYERS, LTD.

Dated: 27 June 2024   BY:   /s/ Matthew J. Faust
                                  Matthew J. Faust, Esq.
                                  Attorneys for Defendants
                                  Fusion Hotel Management LLC,
                                  Fusion Hospitality Corporation, and
                                  Denny T. Bhakta