AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

Securities and Exchange Commission
                  Plaintiff (s),
V.
Fusion Hotel Management LLC et al
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:21-cv-02085-L-VET

Notice is hereby given that, subject to approval by the court, __Khodadad D. Sharif & Matthew J. Faust__ substitutes
(Party (s) Name)

__John D. Kirby__, State Bar No. __149496__ as counsel of record in
(Name of New Attorney)

place of __Khodadad D. Sharif & Matthew J. Faust__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: John D. Kirby
    Address: 401 West A Street, Suite 1150
    Telephone: (619) 557-0100      Facsimile (619) 557-0123
    E-Mail (Optional):

I consent to the above substitution.
Date: 8/7/24

Denny T. Bhakta
(Signature of Party (s))

I consent to being substituted.
Date: 8/7/24

Matthew J Faust
Khodadad Sharif
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/7/24

John D. Kirby
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/8/2024

M. James Lorenz
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]