TARA K. MCGRATH
United States Attorney
ERIC R. OLAH
California Bar No. 295513
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: 619-546-7540

Attorneys for Intervenor
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>   v.<br><br>FUSION HOTEL MANAGEMENT LLC, FUSION HOSPITALITY CORPORATION, DENNY T. BHAKTA,<br><br>             Defendants. | Case No. 21-CV-2085-L-VET<br><br>**INTERVENOR UNITED STATES' MOTION TO EXTEND THE STAY THROUGH NOVEMBER 18, 2024**<br><br>Date: September 30, 2024*<br>Time: 10:30 a.m.<br>Courtroom: 5B<br><br>*Pursuant to the Local Rules, there will be no oral argument unless requested by the Court.<br><br>**The Honorable M. James Lorenz** |

## THE UNITED STATES' MOTION TO EXTEND THE STAY

The United States, through its counsel, Tara K. McGrath, United States Attorney, and Eric R. Olah, Assistant United States Attorney, hereby moves to extend the stay of the proceedings in this civil case (the "SEC Case" or "this case") through November 18, 2024. As explained below, in the parallel criminal case docketed at *United States v. Denny Bhakta*, No. 21-CR-3352-JLS (the "Criminal Case"), the Honorable Janis L. Sammartino recently granted Defendant Denny Bhakta's opposed request to continue the jury trial in the Criminal Case from July 8, 2024, to October 21, 2024. *See* Criminal Case, ECF No. 81. The parties anticipate the jury trial in the Criminal Case will take two weeks.

## I. BACKGROUND

The Court previously granted the United States' motions to intervene, to stay the proceedings in this case, and to extend the stay. *See* ECF Nos. 28, 33, 36 (motions); ECF Nos. 29, 34, and 37 (orders granting motions). The most recent order granting an extension of the stay summarized the procedural posture of this case and the Criminal case and explained in part:

> The Government argues prejudice if the stay is not extended. A defendant's discovery is more circumscribed in a criminal case than a civil case. Cf. 28 U.S.C. § 3500; Fed. R. Crim. Proc. 15(a), 16(a) with Fed. R. Civ. Proc. 26(b). As discovery is about to commence in this case, the Government wishes to preclude Bhakta from using the broad scope of civil discovery to circumvent discovery limitations in the criminal case. The Government claims that premature exposure of sensitive investigative information through the civil discovery process would prejudice prosecution of the criminal case.

ECF No. 37 at 3-4. The Court then determined that the United States had "made a sufficient showing of prejudice in the absence of an extension," granted the motion, and extended the stay to August 9, 2024. *Id.* at 4.

Less than three weeks after the Court issued its order extending the stay in this case to August 2024, Defendant Denny Bhakta requested and Judge Sammartino granted a continuance of the jury trial to October 21, 2024. *See* Criminal Case, ECF No. 81. In granting the request, Judge Sammartino noted the stay in this case and commented that future requests to continue the jury trial in the Criminal Case would be disfavored. The parties anticipate the jury trial in the Criminal Case will take approximately two weeks.

## II. ARGUMENT

The United States' request for an extension of the stay is based on the same considerations stated in its prior motions for a stay (incorporated herein by reference) and in the Court's prior orders granting and extending the stay.

The United States does not believe the proposed stay will cause any prejudice to

parties in the SEC Case. Plaintiffs commenced the SEC Case with the filing of the Complaint on December 14, 2021, and Defendants filed their Answer on January 3, 2023. *See* ECF Nos. 1, 20. Assuming the jury trial in the Criminal Case occurs as scheduled in October 2024, the proceedings in this case will have been stayed for approximately 19 months, and these proceedings will resume approximately 35 months from the filing of Plaintiff's Complaint and 22 months from the filing of Defendants' answer.

The United States solicited the positions of the parties in the SEC Case. Plaintiff Securities and Exchange Commission ("SEC") maintains the same position as in the prior motions to extend the say: that, as a general matter, a stay of an enforcement action may result in prejudice to the SEC, given that witnesses' and parties' abilities to recall facts may decline as events become more remote in time. However, in this case and under these circumstances in which the criminal authorities are actively prosecuting the defendant for the conduct at issue in the SEC's enforcement action, it is the SEC's position that any potential prejudice due to a stay of this action is mitigated. On June 3, 2024, the United States requested counsel for Defendant's position on the motion to extend the stay through November 18, 2024, including providing a draft of this motion; the United States has not yet received a response.

The United States respectfully requests that the Court stay this case through November 18, 2024.

DATED: August 21, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*/s/ Eric R. Olah*
ERIC R. OLAH
Assistant United States Attorney