DANIEL O. BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Regional Director
Gary Y. Leung, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>   vs.<br><br>FUSION HOTEL MANAGEMENT LLC, FUSION HOSPITALITY CORPORATION, AND DENNY T. BHAKTA,<br><br>           Defendants. | Case No. 3:21-cv-02085-L-MSB<br><br>**CONSENT ORDER GRANTING WITHDRAWAL OF COUNSEL** |

1     Notice is hereby given that, subject to the approval of the Court, M. Lance
2 Jasper (State Bar No. 244516) withdraws as counsel of record for plaintiff
3 Securities and Exchange Commission ("Plaintiff").  Mr. Jasper is no longer is
4 employed by the Securities and Exchange Commission. Daniel O. Blau remains
5 counsel of record for Plaintiff.

7 Dated:  October 11, 2024                Respectfully submitted,

                                              */s/ Daniel O. Blau*
                                              Daniel O. Blau
                                              Attorney for Plaintiff
                                              Securities and Exchange Commission

12 The withdrawal of M. Lance Jasper is hereby approved and SO ORDERED.
13  Dated:
14                                               Hon. M. James Lorenz

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 11, 2024, I caused to be served the document entitled **CONSENT ORDER GRANTING WITHDRAWAL OF COUNSEL** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 11, 2024          */s/ Daniel O. Blau*
                                DANIEL O. BLAU

*SEC v. FUSION HOTEL MANAGEMENT LLC, et al.*
United States District Court—Southern District of California
Case No. 3:21-cv-02085-L-MSB

### SERVICE LIST

John D. Kirby (CSB 149496)
jkirby@johnkirbylaw.com
**THE LAW OFFICES OF JOHN KIRBY, A.P.C.**
401 West A Street, Suite 1150
San Diego, CA 92101
Telephone: (619) 557-0100
Facsimile: (619) 557-0123

Khodadad D. Sharif, State Bar No. 187992
sharif@shariffaust.com
Yasaman Sharif, State Bar No. 298318
ysharif@shariffaust.com
**SHARIF | FAUST LAWYERS, LTD.**
600 B Street, Suite 2490
San Diego, CA 92101
Telephone:  (619) 233-6600
Facsimile:  (619) 233-6602

*Attorneys for Defendants Fusion Hotel Management LLC, Fusion Hospitality Corporation, and Denny T. Bhakta*