DANIEL O. BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
ALEC JOHNSON (Cal. Bar No. 270960)
Email: johnsonstu@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine Zoladz, Regional Director
Gary Y. Leung, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FUSION HOTEL MANAGEMENT LLC, FUSION HOSPITALITY CORPORATION, AND DENNY T. BHAKTA,<br><br>Defendants. | Case No. 3:21-cv-02085-L-VET<br><br>**STATUS REPORT AND PROPOSED CASE MANAGEMENT DEADLINES**<br><br>**Date:** January 27, 2025<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Valerie E. Torres |

On January 17, 2025, the Court ordered the parties to file a joint status report providing a status of the case and proposed case management deadlines, including, but not limited to, deadlines for the close of fact and expert discovery and filing of pretrial motions.  (Dkt. No. 51.)  Accordingly, Plaintiff Securities and Exchange Commission ("SEC") now submit this Status Report and Proposed Case Management Deadlines.[1]

## I. STATUS REPORT

### 1. Complaint

On December 21, 2021, the SEC filed its complaint against Defendants alleging, in substance, that for more than four years, Bhakta raised millions of dollars from dozens of investors based on claims that Fusion had a profitable, ongoing business of buying and selling large hotel room blocks. Bhakta sent investors purported contracts between Fusion and corporate clients and purported bank statements showing Fusion's profitable business. (Dkt. No. 1.)  The SEC alleged that this was all a lie and, in reality, Fusion had no substantial business to speak of. (*Id.*)  Instead, Bhakta simply defrauded investors out of millions, much of which he spent on himself.  (*Id.*)

On March 4, 2022, Defendants moved to dismiss the SEC's complaint.  (Dkt. No. 12.)  The SEC opposed this motion and the Court ultimately sided with the SEC, denying Defendants' motion to dismiss in its entirety.  (Dkt. Nos. 13, 17.)  On January 3, 2023, Defendants filed their answer to the SEC's complaint, essentially denying they engaged in fraud and raising several affirmative defenses.

---

[1] In an effort to comply with the Court's order that the status report be filed jointly, the SEC provided counsel for Defendants Fusion Hotel Management, LLC ("FHM"), Fusion Hospitality Corporation ("FHC") (together, "Fusion"), and Denny Bhakta ("Bhakta," collectively with Fusion, "Defendants") with a draft of this status report and proposed case management deadlines, and asked whether counsel would allow the SEC to sign on his behalf and file it with the Court.  As of the time of this filing, the SEC still has not received a response from Defendants' counsel.

(Dkt. No. 20.)

## 2. Prior Case Management Schedule

On February 14, 2023, the parties filed a Joint Discovery Plan with the Court, setting out proposed deadlines for the case. (Dkt. No. 22.) On February 21, 2023, an Early Neutral Evaluation ("ENE") conference was held, but the parties failed to reach a settlement agreement, so the matter was set for a Case Management Conference ("CMC") on April 24, 2023. (Dkt. No. 25.)

## 3. Motion to Stay & Intervene

On March 7, 2023, before the CMC was held, the United States Attorney's Office of the Southern District of California ("USAO") moved to intervene and stay these proceedings, explaining that the allegations in the SEC's complaint and an indictment the USAO filed in *United States v. Denny Bakhta*, Case No. 21-cr-3352-JLS, on December 1, 2021, were based on much of the same evidence and witnesses, and the SEC's causes of actions raised the same or very similar legal questions as the charges in the USAO's case. (Dkt. No. 28.) No oppositions were filed by the SEC or Defendants, so the Court granted the motion in part and denied it in part. (Dkt. No. 29.) Specifically, the Court granted the motion to intervene and stay this action, but only until May 22, 2023. The Court ordered the USAO to file a motion to extend the stay, if more time was needed, along with a status report of all parties addressing the length of any additional stay and any prejudice from the stay. (*Id.*)

On May 17, 2023, the USAO and the parties filed a joint status report and a motion to extend the stay to January 31, 2024, based on the projected trial date in the USAO's criminal case against Bakhta. (Dkt. No. 33.) The Court granted that extension. (Dkt. No. 34.) Two additional extensions of the stay were sought or granted, extending the stay through November 18, 2024. (Dkt. Nos. 36, 37, 46, 50.)

### 4. Status of the Criminal Case

The USAO trial against Bakhta began on October 21, 2024 and the jury found him guilty on Counts 1, 2, 3, 4-20 and 21-25 of the Superseding Indictment on October 31, 2024. (Cr. Dkt. Nos. 124, 140.) Bahkta is currently scheduled to be sentenced on February 14, 2025. (Cr. Dkt. No. 163.) The USAO has recommend that he be sentenced to 235 months' custody, 5 years' supervised release, a $2,500 ($100 per count) mandatory special assessment, a 1,000,000 fine, forfeiture of $84,525.77, and restitution to victims in amounts to be finalized at a later hearing. (Cr. Dkt. No. 162.) The United States District Judge overseeing the criminal case has already ordered the $84,525.77 in criminal forfeiture. (Cr. Dkt. No. 164.)

## II. PROPOSED CASE MANAGEMENT DEADLINES

In light of stay being lifted and the jury's findings of guilt in the criminal case, as well as the current date for Bahkta's criminal sentencing, the SEC proposes the following case management deadlines, which take into account the SEC's desire to pursue a settlement that factors in Bahkta's criminal conviction on similar claims and criminal sentence:

| **Deadline** | **SEC proposed date** |
|---|---|
| Add parties/amend pleadings | February 28, 2025 |
| Fact discovery cutoff | May 30, 2025 |
| Initial expert reports | June 13, 2025 |
| Rebuttal expert reports | June 27, 2025 |
| Expert discovery cutoff | July 18, 2025 |
| Dispositive motion filing cutoff | August 15, 2025 |
| Final pretrial conference | October 20, 2025 |
| Trial | November 3, 2025 |

| | |
|---|---|
| Dated:  January 23, 2025 | Respectfully submitted, |

*/s/ Daniel O. Blau*

Daniel O. Blau
Attorneys for Plaintiff
Securities and Exchange Commission

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 23, 2025, I caused to be served the document entitled **STATUS REPORT AND PROPOSED CASE MANAGEMENT DEADLINES** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 23, 2025              */s/ Daniel O. Blau*
                                    DANIEL O. BLAU

---

*S.E.C. v. Fusion Hotel Management, LLC*
*SEC Status Report and Proposed Case Management Deadlines*
5

**SEC v. FUSION HOTEL MANAGEMENT LLC, et al.**
**United States District Court—Southern District of California**
**Case No. 3:21-cv-02085-L-MSB**

### SERVICE LIST

John D. Kirby (CSB 149496)
jkirby@johnkirbylaw.com
**THE LAW OFFICES OF JOHN KIRBY, A.P.C.**
401 West A Street, Suite 1150
San Diego, CA 92101
Telephone:  (619) 557-0100
Facsimile:   (619) 557-0123

Khodadad D. Sharif, State Bar No. 187992
sharif@shariffaust.com
Matthew J. Faust, State Bar No. 254145
faust@shariffaust.com
Yasaman Sharif, State Bar No. 298318
ysharif@shariffaust.com
**SHARIF | FAUST LAWYERS, LTD.**
600 B Street, Suite 2490
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

*Attorneys for Defendants Fusion Hotel Management LLC, Fusion Hospitality Corporation, and Denny T. Bhakta*