1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>FUSION HOTEL MANAGEMENT LLC, et al.,<br><br>        Defendants. | Case No.: 21-CV-2085-L-VET<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>[ECF No. 55] |

Pending before the Court is a joint motion to stay filed by Intervenor United States of America, Plaintiff United States Securities and Exchange Commission, and Defendants Fusion Hotel Management LLC, Fusion Hospitality Corporation, and Denny T. Bhakta. Following Denny T. Bhakta's conviction in *United States v. Bhakta,* case no. 21-cr-3352-JLS, the parties request a stay on the premise that the restitution order in the criminal case "will affect and potentially resolve the relief sought herein." (ECF No. 54.) The parties seek a stay until the issuance of the restitution order in the criminal case, expected in early April 2025. Accordingly, for good cause shown, the joint motion to stay is granted.  This action is stayed through **April 14, 2025**.

IT IS SO ORDERED.

Dated:  February 3, 2025

Hon. M. James Lorenz
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28