ADAM GORDON
United States Attorney
ERIC R. OLAH
California Bar No. 295513
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: 619-546-7540

Attorneys for Intervenor
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FUSION HOTEL MANAGEMENT LLC,<br>FUSION HOSPITALITY CORPORATION,<br>DENNY T. BHAKTA,<br><br>　　　　　Defendants. | Case No. 21-CV-2085-L-VET<br><br>**JOINT MOTION TO EXTEND THE STAY OF THE PROCEEDINGS THROUGH MAY 9, 2025**<br><br>*Pursuant to the Local Rules, there will be no oral argument unless requested by the Court.<br><br>**The Honorable M. James Lorenz** |

　　　　Intervenor United States of America, through its counsel, Adam Gordon, United States Attorney, and Eric R. Olah, Assistant United States Attorney, Plaintiff United States Securities and Exchange Commission ("Plaintiff"), through its counsel Daniel Blau, and Defendants Fusion Hotel Management LLC, Fusion Hospitality Corporation, and Denny T. Bhakta (collectively, "Defendants"), through counsel John D. Kirby, hereby jointly move stay the proceedings and delay setting case deadlines in this civil case ("this case") through May 9, 2025.

　　　　As explained below, a jury convicted Defendant Denny Bhakta of 25 felony counts, including securities fraud, in the parallel criminal case docketed at *United States v. Denny*

*Bhakta*, No. 21-CR-3352-JLS (the "Criminal Case"). At the sentencing hearing, the Honorable Janis L. Sammartino imposed a total of 235 months' imprisonment, 5 years' supervised release, and a special assessment of $2,500, and set a restitution hearing for May 2, 2025. *See* Criminal Case, ECF No. 172.

As stated at the Case Management Conference in this case before the Honorable Valerie E. Torres on January 27, 2024, Plaintiff and Defendants believe the restitution order in the Criminal Case may result in prompt resolution of this case. *See* ECF No. 54 (minute entry noting the parties "explained that remaining sentencing issues in the parallel criminal action will affect and potentially resolve the relief sought herein"). Because the restitution order in the Criminal Case is expected on or shortly after the restitution hearing set for May 2, 2025, the parties jointly request an extension of the stay of this case through May 9, 2025.

## I.   BACKGROUND

The Court previously granted the United States' motions to intervene, to stay the proceedings in this case, and to extend the stay. *See* ECF Nos. 28, 33, 36, 46, and 55 (motions); ECF Nos. 29, 34, 37, 50, and 56 (orders granting motions). The most recent order granted a stay through April 14, 2024. ECF No. 50.

Bhakta's jury trial in the Criminal Case commenced on October 21, 204, and a jury found him guilty of all 25 felony counts, including securities fraud, on October 31, 2024. ECF No. 138. All but the restitution portion of Bhakta's sentence was imposed on February 28, 2025, and a restitution hearing pursuant is set for May 2, 2025.

## II.   ARGUMENT

The parties request for an extension of the stay is based in part on the same considerations stated in the United States prior motions for a stay (incorporated herein by reference) and in the Court's prior orders granting and extending the stay.

The United States does not believe the proposed stay will cause any prejudice to parties in the SEC Case. Plaintiff commenced the SEC Case with the filing of the Complaint on December 14, 2021, and Defendants filed their Answer on January 3, 2023.

2

*See* ECF Nos. 1, 20. Assuming restitution is finalized in the Criminal Case in May 2025, these proceedings will resume (and likely conclude) approximately 41 months from the filing of Plaintiff's Complaint and 28 months from the filing of Defendants' answer. Further, given that the stay will likely result in preservation of the Court's and parties' resources, the partis believe a stay is in the interest of the Court, the public, and persons or entities not parties to the civil litigation.

      Accordingly, the parties respectfully requests that the Court stay this case through May 9, 2025.

DATED: April 15, 2025            Respectfully submitted,

                                               ADAM GORDON
                                               United States Attorney

*/s/ Eric R. Olah*
ERIC R. OLAH
Assistant United States Attorney
Counsel for Intervenor


*/s/ Daniel Blau*
DANIEL BLAU
Securities and Exchange Commission
Counsel for Plaintiff
(as authorized via email on 04/15/25)


*/s/ John D. Kirby*
JOHN D. KIRBY
Counsel for Defendants
(as authorized via email on 04/15/25)

## Signature Certification

      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Blau, counsel for Plaintiff, and Mr. Kirby, counsel for Defendants, and that I have obtained their authorizations to affix their electronic signature to this document.

*/s/ Eric R. Olah*
ERIC R. OLAH
Assistant United States Attorney