# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>FUSION HOTEL MANAGEMENT LLC, FUSION HOSPITALITY CORPORATION, DENNY T. BHAKTA,<br><br>      Defendants. | Case No.: 21-CV-2085-L-VET<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY** |

Upon the joint motion of Intervenor United States of America, by and through its counsel, Adam Gordon, United States Attorney, and Eric R. Olah, Assistant United States Attorney, Plaintiff United States Securities and Exchange Commission ("Plaintiff"), through its counsel Daniel Blau, and Defendants Fusion Hotel Management LLC, Fusion Hospitality Corporation, and Denny T. Bhakta, through counsel John D. Kirby, and for good cause shown:

IT IS HEREBY ORDERED that the motion to stay the proceedings (ECF No. 57) is GRANTED, and this case is stayed through May 9, 2025.

**IT IS SO ORDERED.**

Dated: April 15, 2025

_____
Hon. M. James Lorenz
United States District Judge