# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>FUSION HOTEL MANAGEMENT LLC, et al.,<br>　　　　　　　　　Defendants. | Case No.  3:21-cv-02085-L-MSB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[ECF No. 65] |

　　Pursuant to Civil Local Rule 83.3(f)(3), the Motion to Withdraw as Counsel of Record (ECF no. 65) field by the United States Securities and Exchange Commission ("SEC") is granted.  Alec Johnson, Esq. is hereby withdrawn as counsel of record for the SEC.  Daniel O. Blau, Esq. remains as counsel of record for the SEC.

　　**IT IS SO ORDERED.**

Dated:  July 7, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　　United States District Judge